IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. 4:11cr59 |
| ) | |
| SAMUEL ANTONIO GRAHAM ) | |
| ) | |
| Defendant. ) | |

## ORDER

The United States Probation Office has filed an addendum to a petition alleging that the defendant has violated the terms and conditions of his supervised release. Doc. 109. The defendant, with the benefit and assistance of counsel, has waived his right to an initial appearance and a preliminary hearing before the court. Further, he has stipulated that there is probable cause to believe that the violations alleged in the petition are true. Accordingly, this matter should proceed to a revocation hearing before the assigned District Judge.

An Initial Appearance on the Supervised Release Petition (doc. 95) was held on May 6, 2024, and the defendant waived a detention hearing. The Court entered a Detention Order (doc. 108) and the

defendant was ordered detained pending his final revocation hearing before the District Judge. 18 U.S.C. § 3143.

So ORDERED this __29th__ day of May, 2024.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia